CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-cr-00358 AMO |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| BRYAN AZEVEDO, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Appearance of Counsel to advise the Court that Assistant United States Attorney Molly K. Priedeman appears in this matter for the United States. Future ECF notices should be sent to AUSA Priedeman with the contact information listed above.

DATE: November 5, 2025

                                                                                                                    Respectfully submitted,

                                                                                                                    CRAIG H. MISSAKIAN
                                                                                                                    United States Attorney

                                                                                                                    */s/ Molly Priedeman*
                                                                                                                    MOLLY K. PRIEDEMAN
                                                                                                                    Assistant United States Attorney