STEVEN G. KALAR
Kalar Law Office
1569 Solano Avenue #312
Berkeley CA 94707
Telephone:  (415) 295-4675
Facsimile:  (415) 338-9950
Email:      Steven@KalarLaw.com

Counsel for Defendant Azevedo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRYAN AZEVEDO, <br> Defendant. | Case No.: CR 4:25-CR-00358 YGR <br><br> **STIPULATED [PROPOSED] ORDER CONTINUING DATE FOR CHANGE OF PLEA** |

Defendant Bryan Azevedo is currently scheduled for a status hearing or change of plea before this Court on January 8, 2026.

Last fall, undersigned defense counsel was contacted by the Office of the Federal Public Defender to represent Mr. Azevedo pursuant to a Criminal Justice Act appointment. That appointment was authorized by a magistrate judge of the Northern District after review of a financial declaration that was submitted by the FPD.

On November 12, 2025, Mr. Azevedo made his initial appearance on an Information. At that appearance, a different magistrate judge reviewed the same financial information and found that Mr. Azevedo was *not* eligible for court-appointed counsel. *See* Dkt. 8, *United States v. Bryan Azevedo*, 4:25-cr-00358 YGR-1, Ord. (Nov. 14, 2025).

1   In light of the November 14th order, Mr. Azevedo does not currently have counsel for the
2   federal case. The defendant is attempting to retain counsel for the case. Retention of counsel will be
3   finalized by the end of January.
4   Mr. Azevedo accordingly moves the Court to vacate the January 8, 2026 appearance. The
5   defense further requests that the matter be added to the Court's calendar on Wednesday, February 11,
6   2026 at 1:00 p.m. for change of plea. The defense moves the Court to exclude time under the Speedy
7   Trial Act until February 11, 2026 to permit for the effective preparation of counsel.
8   The government concurs with the defense requests and motion.
9   //
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Therefore, for good cause shown the hearing currently scheduled for January 8, 2026 is vacated. The matter shall be added to the Court's calendar on February 11, 2026 for a change of plea. Time shall be excluded under the Speedy Trial Act until February 11, 2026 for effective preparation of counsel.

Dated:     December 30, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Bryan Azevedo

Dated:     December 30, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
ABRAHAM FINE
Assistant United States Attorney

IT IS SO ORDERED.

Dated: _____

YVONNE GONZALEZ ROGERS
United States District Judge

_____
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [PROPOSED] ORDER CONT. STATUS APPEARANCE
*AZEVEDO*, CR 25-CR-00358

3