STEVEN G. KALAR
Kalar Law Office
1569 Solano Avenue #312
Berkeley CA 94707
Telephone: (415) 295-4675
Facsimile: (415) 338-9950
Email: Steven@KalarLaw.com

Counsel for Defendant Azevedo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRYAN AZEVEDO,<br>Defendant. | **Case No.:** CR 4:25-CR-00358 YGR<br>**STIPULATED ~~[PROPOSED]~~ ORDER CONTINUING STATUS HEARING; AS AMENDED** |

Defendant Bryan Azevedo has entered a guilty plea to a cooperation plea agreement. A sentencing date has not yet been set.

Mr. Azevedo is currently scheduled for a status hearing on Thursday, December 3, 2026.

The parties request that Mr. Azevedo be sentenced after the sentencing hearings of any defendant convicted in the *Sheng Thao* trial.[1] The parties therefore jointly request that the status hearing now scheduled for December 3, 2026 be vacated. The parties further request that the matter be added to the Court's calendar for status on January 28, 2027 at 11:00 a.m.

The parties anticipate that they will know the relevant sentencing hearing dates of co-

[1] This stipulation is submitted before any verdict in the *Thao* trial. At least one defendant, however, has already pleaded guilty in the *Thao* case.

defendant(s) before January 28, 2027. It is anticipated that the parties will submit a proposed stipulated order setting the sentencing hearing date for Mr. Azevedo before January 28, 2027. The parties will ask that the status hearing on the 28th then be vacated.

Therefore, for good cause shown the hearing currently scheduled for December 3, 2026 is vacated. The matter shall be added to the Court's calendar on January 28, 2027 at 11:00 a.m. for status.

IT IS SO STIPULATED.

Dated: November 24, 2026

STEVEN G. KALAR
Kalar Law Office

/S

Counsel for Bryan Azevedo

Dated: November 24, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

ABRAHAM FINE
Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 25, 2026

YVONNE GONZALEZ ROGERS
United States Chief District Judge

NORTHERN DISTRICT OF CALIFORNIA